STATE OF NEW JERSEY v. RICHARD A. DUFF.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v.
CHARLES MAYERS, a/k/a CHARLES WILLIAM MEYERS.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES RAY EBRON.

May 2, 1973. Petition for certification denied. (See 122 *N. J. Super.* 552).

MAX TELESNICK v. CITY OF NEWARK.

May 2, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. RICHARD WESLEY.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BRASWELL.

May 2, 1973. Petition for certification denied.